AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**
▶ EDWARD ROBERT JAMES, a/k/a "Pee-Wee"

**DISTRICT COURT NUMBER**
CR08-0176 CW

FILED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    AUSA GARTH HIRE

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

## PENALTY SHEET ATTACHMENT

### UNITED STATES v. EDWARD ROBERT JAMES

### COUNT ONE
Use of a Communications Facility (Telephone) to Facilitate Narcotics Trafficking
(21 U.S.C. § 843(b))

| | |
|---|---|
| Imprisonment: | Maximum Four Years |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 1-Year Supervised Release |
| Special Assessment: | $100 |

### COUNT TWO
Distribution of Crack Cocaine
(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 20 Years Imprisonment |
| Fine: | Maximum $8,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 10-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT THREE
### Distribution of Crack Cocaine within 1,000 Feet of Public Housing
### (21 U.S.C. § 860)

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| Fine: | Maximum $8,000,000<br>(Twice that authorized by 841(b)(1)(A)(iii) |
| Supervised Release: | Maximum Lifetime Supervised Release |
| Special Assessment: | $100 |

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION**
VENUE: **OAKLAND**



UNITED STATES OF AMERICA,

V.

EDWARD ROBERT JAMES,
a/k/a "Pee-Wee,"

**CR08-0176** CW

DEFENDANT.

## INDICTMENT

21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii) – Distribution of Crack Cocaine; 21 U.S.C. § 860 – Distribution of Crack Cocaine Within 1,000 Feet of Public Housing

_____
A true bill.

_____
Foreman

Filed in open court this __19__ day of MARCH 2008

_____
Clerk

Bail, $ No bail arrest warrant.
3/19/08

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

FILED
2008 MAR 19 PM 4:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR 08-0176 CW

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | VIOLATIONS: 21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii) – Distribution of Crack Cocaine; 21 U.S.C. § 860 – Distribution of Crack Cocaine Within 1,000 Feet of Public Housing |
| v. | ) | |
| EDWARD ROBERT JAMES, a/k/a "Pee-Wee," | ) | |
| Defendant. | ) | OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:     (21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking)

On or about January 19, 2007, in the Northern District of California, defendant,

EDWARD ROBERT JAMES,
a/k/a "Pee-Wee,"

did knowingly and intentionally use a communications facility, namely a telephone, in committing, and in causing and facilitating the commission of, an act constituting a felony violation of Title 21, United States Code, Section 841(a)(1), specifically, distribution of a Schedule II controlled substance, namely, approximately 72.8 grams of cocaine base in the form

INDICTMENT

1

Document No.
District Court
Criminal Case Processing

1 | of "crack" cocaine, in violation of Title 21, United States Code, Section 843(b).

3 | COUNT TWO:   (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii) – Distribution of Crack Cocaine)
4 | On or about January 19, 2007, in the Northern District of California, defendant,

EDWARD ROBERT JAMES,
a/k/a "Pee-Wee,"

did knowingly and intentionally distribute a Schedule II controlled substance, namely, approximately 72.8 grams of cocaine base in the form of "crack" cocaine in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(iii).

COUNT THREE:   (21 U.S.C. § 860 – Distribution of Crack Cocaine Within 1,000 Feet of Public Housing)

On or about January 19, 2007, in the Northern District of California, defendant,

EDWARD ROBERT JAMES,
a/k/a "Pee-Wee,"

did knowingly and intentionally distribute a Schedule II controlled substance, namely, approximately 72.8 grams of cocaine base in the form of "crack" cocaine within 1,000 feet of a housing facility owned by a public housing authority in violation of Title 21, United States Code, Section 860.

DATED:

3-19-08

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
   AUSA GARTH HIRE

INDICTMENT

2