JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612-5217
    Telephone: (510) 637-3929
    Facsimile: (510) 637-3724
    E-Mail:    Garth.Hire@udoj.gov

Attorneys for Plaintiff

FILED
2008 MAR 19 PM 4:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD ROBERT JAMES, <br> a/k/a "Pee-Wee," <br><br> Defendant. | NO. CR08-0176 CW <br><br> SEALING APPLICATION AND SEALING ORDER |

The United States requests that the Indictment, Penalty Sheet and Arrest Warrant (except that the Clerk's office may provide a copy of the Arrest Warrant to the U.S. Attorney's Office and the executing agents) in the above-captioned case filed with the Court on March 19, 2007, be filed under seal until further order of the Court. The reason for this request is to facilitate the

///
///
///

SEALING APPLICATION AND ORDER

1

Document No.
District Court
Criminal Case Processing

arrest of the defendant. Revealing the Indictment may compromise the arrest of the defendant.

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: March 18, 2008                Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

GARTH HIRE
Assistant United States Attorney

## ORDER

On the government's application, the Indictment, Penalty Sheet, and Arrest Warrant filed with the Court on March 19, 2007, shall be filed under seal until further order of the court (except that the Clerk's office may provide a copy of the Arrest Warrant to the U.S. Attorney's Office and the executing agents).

IT IS SO ORDERED.

DATED: 3/19/08

HONORABLE WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND ORDER

2