UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
APR 30 2008

**The Honorable Claudia Wilken, Presiding**
Clerk: Sheilah Cahill
Court Reporter: Starr Wilson, pro tem
Date: 5/1/08

Plaintiff: United States

v.                                              No.   CR-08-00176 CW

Defendant:   Edward Robert James (present - in custody)


Appearances for Plaintiff:
James Mann for Garth Hire

Appearances for Defendant:
Angela Hansen

Interpreter:


Probation Officer:


Speedy Trial Date:


Hearing:   Change of Plea

Notes:    Defendant enters under oath Rule 11(c)(1)(C) plea of guilty to Count One of the Indictment charging using a communications facility to facilitate narcotics trafficking in violation of 21 USC 843(b).  Plea Agreement filed.  Court finds factual basis for plea; Court accepts plea.  PSR requested.  **Case continued to July 23, 2008, at 2:00 p.m. for sentencing.**

Copies to: Chambers; probation