UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 30 2008
RICHARD W. WIEKING
CLERK
NORTHERN DISTRICT OF CALIFORNIA

Case Number: CR-08-00176 CW

Defendant's Name: Edward Robert James

Defense Counsel: Krystal Bowen

Referral Date: 4/30/08

Sentencing Date: 7/23/08 @ 2:00 pm

**NOTICE TO DEFENSE COUNSEL**

The Court has directed that a

- [X] Presentence Investigation
- [ ] Pre-Plea Report
- [ ] Bail Investigation
- [ ] Bail Supervision
- [ ] Postsentence Investigation
- [ ] 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: SHEILAH CAHILL
Deputy Clerk

for use of Courtroom Deputies:

Is defendant in custody: yes

Is defendant English-speaking? yes

cc: U. S. Probation