1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
   GARTH HIRE (CABN 187330)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612-5217
       Telephone:  (510) 637-3929
7      Facsimile:  (510) 637-3724
       E-Mail:     Garth.Hire@usdoj.gov
8
9  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                         OAKLAND DIVISION

UNITED STATES OF AMERICA,            )   No. CR  08-00176 CW
                                     )
         Plaintiff,                  )   STIPULATION TO RESCHEDULE
                                     )   SENTENCING HEARING; [PROPOSED]
         v.                          )   ORDER
                                     )
EDWARD JAMES,                        )
                                     )
         Defendant.                  )
_____)

         Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find and order as follows:

         1.    Defendant Edward James is currently scheduled to appear before this Court on July 23, 2008, for imposition of judgment and sentence.

         2.    The government's counsel is scheduled to be on paternity leave at that time and requires additional time to prepare the government's sentencing memoranda prior to the sentencing hearing and to further prepare for that hearing.  The parties therefore agree and respectfully request that the currently scheduled sentencing hearing be vacated and that sentencing be scheduled for 2:00 p.m. on August 13, 2008.  United States Probation Officer

1

Charles W. Mabie is available to appear for the hearing on August 13, 2008.

IT IS SO STIPULATED.

DATE: July 16, 2008                                         Respectfully submitted,

                                                            JOSEPH P. RUSSONIELLO
                                                            United States Attorney


                                                             /s/
                                                            GARTH HIRE
                                                            Assistant United States Attorney

                                                            Attorneys for Plaintiff
                                                            UNITED STATES OF AMERICA

DATE: July 16, 2008                                          /s/
                                                            KRYSTAL N. BOWN, ESQ.

                                                            Counsel for Edward James

### [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

The currently scheduled July 23, 2008, sentencing hearing is hereby vacated and a new sentencing hearing is hereby scheduled for 2:00 p.m. on August 13, 2008.

DATED: _____
                                                            HONORABLE CLAUDIA WILKEN
                                                            UNITED STATES DISTRICT JUDGE