UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
AUG 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 8/13/08

**Plaintiff:** United States

**v.**                                           **No.** CR-08-00176 CW

**Defendant:** Edward Robert James (present - in custody)


**Appearances for Plaintiff:**
Garth Hire

**Appearances for Defendant:**
Crystal Bowen

**Probation Officer:**
Charles Mabie

**Hearing: Sentencing**

**Notes:** Defendant and counsel have read PSR; no factual disputes. As to Count One, the Court finds Offense Level 29, Criminal History II, leading to a Guideline Range higher than the statutory maximum of 48 months. Court sentences the defendant to the statutory maximum of 48 months to be followed by one year supervised release under the usual terms and conditions and the special conditions as set forth in the PSR except the search condition is with or without cause. No fine imposed due to lack of ability to pay a fine. Defendant to pay $100 special assessment due immediately but may be paid through the defendant's participation in the Bureau of Prisons' Inmate Financial Responsibility Program at the rate of $25 per quarter. Any remaining counts are dismissed. Court will recommend placement as close as possible to Bay Area and participation in residential drug treatment program. Defendant remanded into custody of U.S. Marshal. Court will recommend the defendant be kept at Dublin pending designation. See J&C for details.

Copies to: Chambers